UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**STANLEY A. SLUPKOWSKI,**                    Civil No. 08-458 (JNE / SRN)

       **Petitioner,**

                                                   **ORDER**

v.

**THE UNITED STATES OF AMERICA,**
and Warden **DUKE TERRELL, FMC**
**Rochester, MN,**

       **Respondents.**

---

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 24, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

      IT IS HEREBY ORDERED that:

      1.    This action–Petitioner's application for a writ of habeas corpus (Doc. No. 1)–is TRANSFERRED to The U.S. District Court For The Eastern District of North Carolina;

      2.    Petitioner's "Motion For the Change of Custody Status of Petitioner" (Doc. No. 5) is DENIED AS MOOT;

      3.    Petitioner's "Motion For the Delays In Legal Proceedings Not Due To The Fault of the Petitioner" (Doc. No. 8) is DENIED AS MOOT; and

      4.    Petitioner's "Motion For the Change Of Signature, Date of Petition Due to the Flu Epidemic at FMC Rochester MN" (Doc. No. 13) is DENIED AS MOOT.

DATED: July 14, 2008.

                                                           s/ Joan N. Ericksen  
                                                           Judge Joan N. Ericksen  
                                                           United States District Court Judge